UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEPHEN M. BAUMGARDNER,

    Plaintiff,

v.         Case No. 5:11-cv-256-Oc-10TBS

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____

ORDER

Pending before the Court is the plaintiff's Motion to Substitute Party (Doc. No. 9). Counsel for plaintiff has certified, pursuant to Local Rule 3.01(g) that the motion is unopposed and now, good cause having been shown, the motion is GRANTED and Diana M. Baumgardner as Limited Guardian of the Person and Property of Stephen M. Baumgardner is substituted in the place of Stephen M. Baumgardner as the plaintiff in this case.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 8, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel